■ In the Matter of WALLBAR REALTY Co., Respondent, v CONCILIATION AND APPEALS BOARD OF THE CITY OF NEW YORK, Appellant. — Order and judgment (one paper), Supreme Court, New York County (Okin, J.), entered on March 31, 1980, which, *inter alia,* granted the petition annulling a determination of the respondent-appellant and further directing respondent to issue an order confirming the fair market rental of the subject apartment to be $155 per month, retroactive to June 30, 1974, unanimously reversed, on the law, without costs and disbursements, and the petition dismissed and the determination of respondent-appellant reinstated. The respondent, Conciliation and Appeals Board of the City of New York (CAB) utilized a formula previously approved by this court in determining the fair market rental for this apartment. In arriving at its determination, the CAB averaged two statutory criteria. Initially, a rent was derived from a comparability study of apartments in the same area, which figure was submitted by the owner. This figure was then averaged with a rent figure as determined by a special rent guidelines formula. Such procedure has previously received the indorsement of this court *(Matter of Fresh Meadows Assoc. v New York City Conciliation & Appeals Bd.,* 92 Misc 2d 519, affd 63 AD2d 943). Since the method employed by respondent was proper and is supported by a rational basis, it must be accepted and the determination reinstated *(Matter of Lynch v New York City Conciliation & Appeals Bd.,* 56 AD2d 816, affd 44 NY2d 795). Petitioner apparently concedes that the instant appeal is not distinguishable from *Fresh Meadows (supra).* However, petitioner asserts that this prior decision is incorrect and now invites this court to correct a supposed error. We decline this request. In addition, we have considered the other points raised by petitioner and find these to be without merit. Concur — Murphy, P. J., Birns, Ross and Silverman, JJ.